IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 04-941-DRH |
| vs. | ) |
| | ) |
| ECONOMY TRANSPORT, INC., | ) |
| a Corporation, NERMIN SLJIVO, and | ) |
| RICHARD GREER TRUCKING, INC. | ) |
| | ) |
| Defendants. | ) |

## **DISMISSAL ORDER**

This cause coming before the Court on plaintiff's and defendants' Stipulation for Dismissal, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that plaintiff's cause of action against defendants Economy Transport, Inc., Nermin Sljivo and Richard Greer Trucking is dismissed with prejudice, with each party to pay its own costs. Clerk to enter judgment accordingly.

/s/     David   RHerndon
United States District Judge

DATE: January 19, 2007