IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KAREN JONES,**

    **Plaintiff,**

  **vs.**                                                                    Cause No.  04-CV-941 DRH

**ECONOMY TRANSPORT, INC.,**
a Corporation, **NERMIN SLJIVO, and**
**RICHARD GREER TRUCKING, INC.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

       The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                                                  **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                                       By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/   David   RHerndon
                **U.S. DISTRICT JUDGE**